In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-19-00163-CV
_____

**KIANI K. MAJGIER, Appellant**

**V.**

**JOEL MAJGIER, Appellee**

_____

**On Appeal from the 418th District Court**
**Montgomery County, Texas**
**Trial Cause No. 18-01-00019-CV**

_____

**MEMORANDUM OPINION**

Appellant Kiani K. Majgier filed a motion to dismiss this appeal.[1] The motion

is voluntarily made by the appellant prior to any decision of this Court. *See* Tex. R.

---

[1]Appellant entitled her motion a "Notice of Nonsuit[.]" Because she states in the motion that she no longer desires to prosecute her appeal, we construe appellant's motion as a motion to dismiss.

1

App. P. 42.1(a)(1). No other party filed notice of appeal. We grant the motion and dismiss the appeal.

APPEAL DISMISSED.

_____
LEANNE JOHNSON
Justice

Submitted on June 26, 2019
Opinion Delivered June 27, 2019

Before McKeithen, C.J., Horton and Johnson, JJ.